Dismissed and Memorandum Opinion filed August 31, 2006








Dismissed
and Memorandum Opinion filed August 31, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00363-CV

____________

 

RUBEN E. DIAZ AND SHARON
PASCUAL-DIAZ, Appellants

 

V.

 

GENERAL MOTORS ACCEPTANCE
CORPORATION, Appellee

 



 

On Appeal from County Civil Court
at Law No. 1

Harris County, Texas

Trial Court Cause No.
834,044

 



 

M E M O R
A N D U M  O P I N I O N

This
appeal is from a judgment signed March 31, 2006.  No clerk=s record has been filed.  The clerk
responsible for preparing the record in this appeal informed the court
appellant did not make arrangements to pay for the record.  

On July
27, 2006, notification was transmitted to all parties of the Court's intent to
dismiss the appeal for want of prosecution unless, within fifteen days,
appellant paid or made arrangements to pay for the record and provided this
court with proof of payment.  See Tex.
R. App. P. 37.3(b).








Appellants
filed a response on August 17, 2006, informing this court that pursuant to a
Comprehensive Settlement Agreement and Release dismissal of the appeal for want
of prosecution is appropriate.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed August
31, 2006.

Panel consists of Justices Fowler, Edelman and Frost.